# United States District Court
## For The Western District of North Carolina
## Statesville Division

CHARLES DELLINGER,

      Plaintiff(s),           JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:03CV95

PFIZER INC., A DIVISION OF
WARNER-LAMBERT, AND PARKE-DAVIS,
A DIVISION OF WARNER-LAMBERT
COMPANY,

      Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2006, Order.

      Signed: July 20, 2006

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court